AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     4:23-CV-10119

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **GUARDIAN TAX NETWORK INC.**
was recieved by me on **1/23/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **C/O LegalInc Corporate Services Inc.**, who is designated by law to accept service of process on behalf of **GUARDIAN TAX NETWORK INC.01/24/2023**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:  01/24/2023

*Server's signature*

**Rachel Martin**
*Printed name and title*

**423 Aiken Ave
Perryville, MD 21903**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to C/O LegalInc Corporate Services Inc., Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**




Tracking #: **0099948103**