U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CASE NO: 4:23-cv-10119-SDK-KGA

MARK W. DOBRONSKI,

Plaintiff,

v.

GUARDIAN TAX NETWORK INC.,

Defendant.

_____/

## DECLARATION OF ERIC J. TROUTMAN IN SUPPORT OF DEFENDANT GUARDIAN TAX NETWORK INC'S MOTION TO SET ASIDE CLERK'S DEFAULT

I, Eric J. Troutman, declare:

1. I am an attorney and founder of the Troutman Firm, located at 530 Technology Drive, Suite 200, Irvine, CA 92618 and am counsel for Defendant Guardian Tax Network, Inc. ("Guardian Tax") in this matter.

2. I am over the age of eighteen (18) years, and I have direct and personal knowledge of the matters set forth in this Declaration. If called and sworn, I could and would competently testify to the following facts. I submit this Declaration in support of Defendant's Motion to Set Aside Clerk's Default.

3. On April 26, 2023, I spoke with Plaintiff Mark W. Dobronski. I asked him his position regarding Guardian Tax's statements that he had promised not to

take a default without notice as the parties were discussing settlement.

4. Plaintiff initially stated that he had made such an agreement but considered the idea of a settlement mooted by Guardian Tax's possible bankruptcy filing.

5. Plaintiff later stated that he believed default had already been taken at the time of the call with Guardian Tax but acknowledged only agreeing not to seek a default judgment.

6. I asked Plaintiff whether he would be willing to voluntarily lift the default. He stated we would not because he wanted Guardian Tax to "spend the money" to bring the motion. He later stated he was interested in seeing what defense Guardian Tax would raise as well.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28$^h$ day of April 2023 in Irvine, California.

*/s/Eric J. Troutman*
Eric J. Troutman