UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARK W. DOBRONSKI**, | Case No. **4:23-cv-10119-SDK-KGA** |
| Plaintiff, | Honorable Shalina D. Kumar<br>United States District Judge |
| v. | |
| **GUARDIAN TAX NETWORK, INC.**, *et al.*, | Honorable Kimberly G. Altman<br>United States Magistrate Judge |
| Defendants. | |

_____

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff Mark W. Dobronski, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby requests that this Court enter its order dismissing the above-captioned case with prejudice as to the following Defendants only:

- Guardian Tax Network, Inc. d/b/a Guardian Tax
- Alexander John Rovsek
- Sabrina Nichole Marinez
- Katelyn Rose Post

No answer or motion for summary judgment has been filed by any of the above-named defendants as of the date of this notice.

This case remains open as to Defendant Ovation Tax Group LLC.

WHEREFORE, Plaintiff requests that this Court enter its order that the above-

captioned case be dismissed with prejudice as to the above-named defendants, each party to bear it's own costs and fees.

Respectfully submitted,

Date: June 8, 2023

_____
Mark W. Dobronski
Post Office Box 85547
Westland, Michigan 48185-0547
(734) 330-9671
markdobronski@yahoo.com
Plaintiff *In Propria Persona*

## CERTIFICATE OF SERVICE

I hereby certify that on **June 8, 2023**, I caused copies of the foregoing *Notice of Dismissal* to be served upon all parties and/or attorneys of record to the above-captioned cause herein by sending same in a sealed envelope, with first-class postage fully prepared thereupon, and deposited in the United States Mail, addressed as follows:

Irina Kashcheyava
Foley and Lardner
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226-3489

_____
Mark W. Dobronski