UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,
                Plaintiff,

v.

OVATION TAX GROUP, LLC,
                Defendant.

Case No. 23-10119
Honorable Shalina D. Kumar
Magistrate Judge Kimberly G. Altman

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF NO. 28)

Before the Court is plaintiff Mark Dobronski's Motion for Default Judgment as to defendant Ovation Tax Group, LLC ("Ovation"). ECF No. 28. Ovation did not file a response, and the Court held a hearing on March 20, 2024. *See* Minute Entry for March 20, 2024. For the reasons stated more fully on the record, Dobronski's motion is **DENIED WITHOUT PREJUDICE.**

    IT IS SO ORDERED.

Dated: April 3, 2024

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge