UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI, | Case No. 4:23-cv-10119-SDK-KGA |
| Plaintiff, | |
| v. | Honorable Shalina D. Kumar<br>United States District Judge |
| GUARDIAN TAX NETWORK INC., et al. | Honorable Kimberly G. Altman<br>United States Magistrate Judge |
| Defendants. | |

### ORDER GRANTING
### MOTION TO ENFORCE SETTLEMENT AGREEMENT (ECF NO. 33)

Before the Court is plaintiff Mark Dobronski's Motion to Declare Settlement Agreement Void and to Enter Default Judgment, or in the Alternative, to Enforce Settlement Agreement as to defendant Ovation Tax Group, LLC ("Ovation"). ECF No. 33.  Ovation did not file a response, and the Court held a hearing on September 11, 2024.  For the reasons stated more fully on the record, Dobronski's motion to enforce the settlement agreement is **GRANTED.**

**IT IS ORDERED** that Defendant Ovation has 14 days from the date of this Order to furnish payment to Dobronski in the amount of $10,000.00 and to provide disclosure of the marketing company used by Ovation, pursuant to the terms of the settlement agreement.

**IT IS FURTHER ORDERED** that failure to fully comply with this Order by Defendant Ovation will result in a default judgment being entered against Defendant Ovation as set forth in the motion for default judgment in the amount of $329,000.00, plus fees and costs.

**IT IS FURTHER ORDERED** that Dobronski shall serve a copy of this Order upon Ovation by certified mail, and additionally a copy via regular first class mail, which service shall be deemed complete upon mailing.

**IT IS FURTHER ORDERED** that Dobronski shall file a notice of voluntary dismissal if Ovation complies with the settlement terms.  If Ovation fails to comply, Dobronski shall file a notice with the Court indicating that failure.

**IT IS SO ORDERED.**

Dated: September 19, 2024                    s/Shalina D. Kumar
                                             SHALINA D. KUMAR
                                             United States District Judge