# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI, | Case No. 4:23-cv-10119-SDK-KGA |
| Plaintiff, | Honorable Shalina D. Kumar<br>United States District Judge |
| v. | |
| GUARDIAN TAX NETWORK INC., *et al.*, | Honorable Kimberly G. Altman<br>United States Magistrate Judge |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS this matter having come on for hearing before this Court on December 03, 2025, briefs having been filed, arguments having been heard, and the Court being otherwise advised on the premises;

IT IS HEREBY ORDERED that this case is DISMISSED with Prejudice for the reasons stated on the record.

IT IS SO ORDERED

THIS IS A FINAL ORDER AND CLOSES THE CASE

_____
Hon. Shalina D. Kumar

/s/ Reese Serra
REESE SERRA (P74482)
Attorney for Ovation Tax Group, LLC